JUDY ANN JEAN KEETER, ET AL. WITH UNKNOWN SPOUSE,

       Appellant,

v.

WELLS FARGO BANK, N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,

      Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3500

Opinion filed June 15, 2016.

An appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

Judy Ann Jean Keeter, pro se, for Appellant.

Brian K. Hole and Katherine M. Joffe, Fort Lauderdale, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., LEWIS and RAY, JJ., CONCUR.